UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-11590 |
| | | CHAPTER 13 |
| MARTHA JANE MCGINNIS | | |
| | : | JUDGE BETH A. BUCHANAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    After the filing of the Trustee's Certification of Final Payment, the Trustee reports that a check(s) sent to the debtor have not been cashed or have been returned as undeliverable. Trustee has made inquiry through debtor(s)' counsel regarding a forwarding address, but no further information for rectifying this refund has been provided. These Funds are now unclaimed.

<u>Amount</u>
$3113.56

<u>Debtor Address</u>
MARTHA JANE MCGINNIS
4635 BAKER STREET
CINCINNATI, OH  45212

                            Respectfully submitted,

/s/   <u>Margaret A. Burks, Esq.</u>
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney No. OH 0038798

      Tammy E. Stickley, Esq.
      Staff Attorney
      Attorney Reg No. OH 0090122

      600 Vine Street, Suite 2200
      Cincinnati, OH 45202
      (513) 621-4488
      (513) 621 2643 (Facsimile)
      mburks@cinn13.org - Correspondence only
      fdicesare@cinn13.org
      tstickley@cinn13.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **first class mail** on August 11, 2023 addressed to:

          /s/    Margaret A. Burks, Esq.
               Margaret A. Burks, Esq.

Debtor(s)
MARTHA JANE MCGINNIS
4635 BAKER STREET
CINCINNATI, OH  45212